CT OF APPEALS
5th DIST OF TX at DALLAS

FILED
Court of Appeals
JUL 07 2015
Lisa Matz
Clerk, 5th District

NO. 05-14-00177-CV

EX PARTE

203rd DIST CT

John CLOUD

NO X-13-1239-P

Petition for En Banc Reconsideration

- - - - - - - -

a rehearing en banc is requested. Rule

49.7 TX R. App. P. allows such request.

A nine year old after three hours of

badgering, some time between 2AM TO

7AM might be willing To say any thing

To anybody. Rehearing is Prayer of
John cloud

Petitioner John CLOUD, Pro-se

1300 FM 655 Rosharon, TK 77583

I aver all above true, that a copy w/SASE
was mailed To clerk of ct on ct below,
John cloud        June 30, 2015

DelCiouo 74954
1300 Fm 655 Terrell Unit
Rosharon, TX 77583

NORTH HOUSTON TX 773
01 JUL 2015 PM 5 L

Clerk, Select Arols oc TX
600 Commerce St # 200
Dal., TX 75202

7520266350